## NICHOLAS VENETUCCI *v.* PHYLLIS SALVINO

The defendant's petition for certification for appeal from the Appellate Court is granted, limited to the following issue:

"Is the controversy between the defendant and her former employer concerning the interpretation and enforcement of a covenant not to compete a 'labor dispute' as defined by Connecticut General Statutes § 31-112 (c)?"

*Daniel Shepro,* in support of the petition.

*Louis Volpintesta, Jr.,* in opposition.

Decided November 29, 1989

## STATE OF CONNECTICUT *v.* REGINALD HORNE

The defendant's petition for certification for appeal from the Appellate Court, 19 Conn. App. 111, is granted, limited to the following issue:

"Did the Appellate Court err in concluding that the trial of the defendant on four separate informations arising out of four incidents did not result in any substantial prejudice to the defendant because of the trial court's instructions that the jury should consider each case separately?"

*G. Douglas Nash,* public defender, in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided November 29, 1989